# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALAINA GAUTHIER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO CENTER FOR CHILDREN,<br><br>　　　　　　　　Defendant. | Case No.: 20-CV-1391 W (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND [DOC. 5]** |

Plaintiff filed this lawsuit on May 26, 2020 in the San Diego Superior Court. (*See Compl.*[1]) The Complaint alleged various state and federal causes of action. (*Id.*)

On July 21, 2020, Defendant removed the lawsuit to this Court based on federal-question jurisdiction under 28 USC section 1441(b). (*Notice of Removal* 2:27–3:27.) On July 22, 2020, Plaintiff filed a First Amended Complaint (the "FAC" [Doc. 2]), which no longer includes any federal causes of action. (*See FAC*.) In light of the FAC's removal of federal claims, the parties have filed a Joint Stipulation to Remand Removed Action,

---

[1] The Complaint is attached as Exhibit A [Doc. 1-2] to the Notice of Removal [Doc. 1].

1

20-CV-1391 W (DEB)

which this Court construes as a joint motion to remand.  (*Jt. Mot.* [Doc. 5].)  Good cause appearing, the Court **GRANTS** the joint motion [Doc. 5] and **ORDERS** this case **REMANDED** to the San Diego Superior Court.

     **IT IS SO ORDERED**.

Dated:  August 12, 2020

                                                               _____
Hon. Thomas J. Whelan
United States District Judge